# Third District Court of Appeal

## State of Florida

Opinion filed January 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1852
Lower Tribunal No. F06-43010
_____

**Santiago Milian,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Santiago Milian, in proper person.

Ashley Moody, Attorney General, and Christina Lauren Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.